UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| AMANDA DAVE o/b/o J.L.H., | ) | |
| | ) | |
| Plaintiff, | ) | 1:21-CV-136 |
| | ) | |
| vs. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

For the reasons set forth in the accompanying Agreed Order of Remand Under Sentence Four of 42 U.S.C. § 405(g) filed this day, the Court finds Plaintiff's Motion for Summary Judgment [Doc. 20] is **DENIED as moot** and the Parties' Joint Motion for Remand [Doc. 23] is **GRANTED**. Accordingly, the case is remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

ENTER:

*s/LeAnna R. Wilson*
CLERK OF COURT